[No. 13032–3–I. Division One. June 24, 1985.]

*In the Matter of the Marriage of* VICTORIA WAGNER, *Appellant, and* GARY A. SMITH, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–3–04667–9, Norman W. Quinn, J., entered March 10, 1983. *Dismissed* by unpublished opinion per Williams, J., concurred in by Corbett, C.J., and Hopp, J. Pro Tem.

[No. 14307–7–I. Division One. June 24, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DEON ALLEN FENN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–03859–8, Stephen M. Gaddis, J. Pro Tem., entered January 17, 1984. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Ringold and Webster, JJ.

[No. 6347–0–III. Division Three. June 25, 1985.]

JOHN SIMONDS, *Respondent,* v. THE CITY OF KENNEWICK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 83–2–00423–1, Albert J. Yencopal, J., entered January 26, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ. Now published at 41 Wn. App. 851.